**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Seanah Dixon and Toney A. White, <br><br>    Plaintiffs, <br><br> v. <br><br> Jessica Perkins Jefferson, et al., <br><br>    Defendants. | Case No.: 2:24-cv-01376-GMN-MDC <br><br> **ORDER EXTENDING DEADLINE FOR PLAINTIFFS TO FILE THIRD AMENDED COMPLAINT** |

On February 19, 2025, the Court issued an order screening the plaintiffs' second amended complaint, dismissing the second amended complaint without prejudice, and ordering the plaintiffs to file a third amended complaint by March 21, 2025. (ECF No. 19.) The Court warned the plaintiffs that the action could be dismissed if they failed to file a third amended complaint by that deadline. (*Id.* at 8, 10.) That deadline expired and the plaintiffs did not file a third amended complaint. However, the plaintiffs did file an "addendum" to a motion that was denied without prejudice in the Court's screening order. (*See id.* at 8–10 (screening order); ECF No. 21 (addendum).) Although this filing does not mention the screening order or request an extension of time to file a third amended complaint, it reflects that the plaintiffs are still interested in pursuing this case and that they may not, in fact, have received the screening order.

The Court therefore extends the deadline to file a third amended complaint until April 21, 2025.  The amended complaint is a new document.  Plaintiffs may not "amend" their complaint with "addendums," and such "addendums" like ECF No. 21 do not comply with the Court's 02/19/2025 Order (ECF No. 19).  "[W]hen a plaintiff files an amended complaint, '[t]he amended complaint supersedes the original, the latter being treated thereafter as non-existent.'" *Rhodes v. Robinson*, 621 F.3d 1002, 1005 (9th Cir. 2010) (*quoting Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir.1967)). An amended complaint must be "complete in itself, including exhibits, without reference to the superseded pleading." LR 15-1(a). If the plaintiffs do not file a third amended complaint by April 21, 2025,  the Court may dismiss plaintiffs' case without prejudice.

1

**IT IS ORDERED** that:

1. The plaintiffs shall file a third amended complaint by **April 21, 2025**.

2. **Failure to comply with this order will subject this case to dismissal without prejudice.**

3. The Clerk of Court shall send the plaintiffs a courtesy copy of the February 19, 2025, screening order. (ECF No. 19.)

DATED: April 3, 2025

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge