UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Seanah Dixon and Toney A. White,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Jessica Perkins Jefferson, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 2:24-cv-01376-GMN-MDC<br><br>**ORDER DIRECTING NEVADA DEPARTMENT OF CORRECTIONS TO RESPOND TO PLAINTIFFS' MOTION TO EXCLUDE CASE FROM MEDIATION** |

　　　The plaintiffs Seanah Dixon and Toney A. White, who are incarcerated in the custody of the Nevada Department of Corrections ("NDOC"), filed this civil rights case under 42 U.S.C. § 1983. On September 4, 2025, the Court issued a Screening Order deferring a decision on the plaintiffs' applications to proceed *in forma pauperis*, finding that the plaintiffs stated several colorable claims, staying this case, and ordering the parties to mediate with a court-appointed mediator. (ECF No. 29.) The Attorney General's Office entered a limited notice of appearance on behalf of Interested Party NDOC for limited purpose of settlement discussions. (ECF No. 30.) The plaintiffs then filed a motion to exclude this case from mediation. (ECF No. 31.)

　　　**IT IS ORDERED** that the NDOC must file a response to the plaintiffs' motion to exclude this case from mediation (ECF No. 31) by **December 15, 2025**.

　　　IT IS SO ORDERED.

　　　DATED: December 1, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge