**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SEANAH DIXON, *et al.*,

                Plaintiffs,

    vs.

JESSICA PERKINS JEFFERSON, *et al.*,

                Defendants.

Case No.: 2:24-cv-01376-GMN-MDC

**ORDER**

      Pending before the Court are the Renewed Motions for Temporary Restraining Order ("TRO") and Preliminary Injunction, (ECF Nos. 37, 38), filed by Plaintiffs Seanah Dixon and Toney White. These motions appear to be filed ex parte because they were not served on Defendants.  Plaintiff's motions do not provide points and authorities to support an ex parte motion and the Court will not impose a TRO or preliminary injunction ex parte where the standard is not met.  To Plaintiffs credit, it appears the reason Defendants have not been served is because the Attorney General's office did not provide the Notice this Court ordered in its Order Granting Motion to Exclude Case from Mediation, (ECF No. 36).  Even so, the Court will address the Renewed Motions for TRO and Preliminary Injunction in due course but only after Defendants have been served and had a chance to respond.

      Accordingly,

      **IT IS HEREBY ORDERED** that the Clerk of the Court is kindly directed to electronically **SERVE** a copy of this Order, a copy of  Plaintiffs' Third Amended Complaint, (ECF No. 26), and a copy of the Order Granting Motion to Exclude Case from Mediation, (ECF No. 36), on the Office of the Attorney General of the State of Nevada at usdcfilings@ag.nv.gov and drands@ag.nv.gov.  This does not indicate acceptance of service.

**IT IS FURTHER ORDERED** that subject to the findings of the Screening Order, (ECF No. 29), within 21 days of the date of entry of this Order, the Attorney General's Office shall file a notice advising the Court and Plaintiffs of: (a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service; and (c) the names of the defendants for whom it is filing the last-known-address information under seal. As to any of the named defendants for whom the Attorney General's Office cannot accept service, the Office shall file, under seal, but shall not serve the inmate Plaintiffs the last known address(es) of those defendant(s) for whom it has such information.  If the last known address of the defendant(s) is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address(es).

**IT IS FURTHER ORDERED** that if service cannot be accepted for any of the named defendant(s), Plaintiffs shall file a motion identifying the unserved defendant(s), requesting issuance of a summons, and specifying a full name and address for the defendant(s).  For the defendant(s) as to which the Attorney General has not provided last-known-address information, Plaintiffs shall provide the full name and address for the defendant(s).

**IT IS FURTHER ORDERED** that service must be perfected within 90 days from the date of this order pursuant to Fed. R. Civ. P. 4(m).

**IT IS FURTHER ORDERED** that if the Attorney General accepts service of process for any named defendant(s), such defendant(s) shall file and serve an answer or other response to the Third Amended Complaint, (ECF No. 26), within 60 days from the date of this Order.

**IT IS FURTHER ORDERED** that if the Attorney General accepts service of process for any named defendant(s), such defendant(s) shall file and serve responses to the Renewed Motions for TRO and Preliminary Injunction within 14 days from the date of this Order.

**IT IS FURTHER ORDERED** that the Court **DEFERS** ruling on the Renewed Motions for TRO and Preliminary Injunction, (ECF Nos. 37, 38).

Dated this __19__ day of March, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court